**Keith Wayne SEKERKE,
Plaintiff–Appellant,**

v.

**Jason SILVA, Doctor, Defendant–
Appellee.**

No. 10–57011.

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.*

Filed April 26, 2012.

Keith Wayne Sekerke, Tehachapi, CA,
pro se.

Scott Wm. Davenport, Manning & Kass,
Irvine, CA, for Defendant–Appellee.

Before: LEAVY, PAEZ, and BEA,
Circuit Judges.

MEMORANDUM **

Keith Wayne Sekerke, a California state
prisoner, appeals pro se from the district
court's summary judgment in his 42 U.S.C.
§ 1983 action alleging deliberate indiffer-
ence to his serious medical needs. We have
jurisdiction under 28 U.S.C. § 1291. We
review de novo, *Toguchi v. Chung,* 391
F.3d 1051, 1056 (9th Cir.2004), and we
affirm.

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

The district court properly granted sum-
mary judgment because Sekerke's evi-
dence, including his verified complaint,
failed to raise a genuine dispute as to
whether defendant Silva acted with delib-
erate indifference in treating his infection
and headaches. *See id.* at 1057–58, 1060 (a
difference of opinion about the preferred
course of medical treatment does not con-
stitute an Eighth Amendment violation
and a "showing of medical malpractice or
negligence is insufficient to establish a con-
stitutional deprivation").

Sekerke's remaining contentions are un-
persuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

